**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

                                                        Case No. 23-19095-CAP
JEANCLAUDE ETIENNE,                                     Chapter 13

            Debtor.

_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**
**RELIEF REQUESTED WITHOUT A HEARING**

  **IT IS HEREBY** stipulated by and between the undersigned law firms, with the consent of the above Client, that Johnson Angel D'Souza, Esq., and Johnson A. D'Souza, P.A., shall be substituted in the place of Kenneth Edward Walton, Esq., and Dsouza & Walton Law Group, P.A., as attorney of record for the above Debtor, in the above-styled case.

Johnson Angel D'Souza, Esq.                 Kenneth Edward Walton, Esq.
Johnson A. D'Souza, P.A.                     Dsouza & Walton Law Group
5214 SW 91st Ave, Suite # 4                  950 South Pine Island Road, Suite # A-150
Cooper City, Florida                         Plantation, FL 33324
Tel.: (786) 479-8575                         Tel.: (954) 358-5911
Email: johnsondsouzalaw@gmail.com            Email: kenneth@dsouzalegal.com

/s/ Johnson Angel D'Souza                    /s/ Kenneth Edward Walton
Johnson Angel D'Souza, Esq.                  Kenneth Edward Walton, Esq.
Florida Bar No. 1049213                      Florida Bar No. 183997

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on **July 1, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused it to be served electronically on the following parties:

- All parties registered to this case on CM/ECF

I further certify that on **July 1, 2026**, I served a copy of the foregoing document by email on the following parties:

- Kenneth Edward Walton, previous debtor's attorney (via email)
- Jeanclaude Etienne, Debtor (via email)

**JOHNSON A. D'SOUZA, P.A.**
5214 SW 91st Ave, Suite # 4
Cooper City, Florida 33328
(786) 479-8575 (Telephone)
Email for State Court Pleadings:
johnsondsouzalaw@gmail.com

By: **/s/ Johnson Angel D'Souza**
Johnson Angel D'Souza, Jr., Esq.
Florida Bar No. 1049213
Email: johnsondsouzalaw@gmail.com