**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

JEANCLAUDE ETIENNE                                    Case No. 23-19095-CAP
                                                      Chapter 13

       Debtor.

_____/

### ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS MATTER came before the Court for consideration upon Debtor's Stipulation for

Substitution Counsel (DE # 62, the "Stipulation"). Pursuant to Local Rule 9013-2(c), the Court

may consider this application without a hearing where all affected parties have consented to the

requested relief. The Debtors and prior counsel having consented to the relief requested in the

Stipulation, the Court does hereby:

**ORDER AND ADJUDGE** that:

    1.     The Stipulation for Substitution of Counsel [DE # 62] is **GRANTED**.

2.      Johnson Angel D'Souza, Esq. is substituted for Kenneth Edward Walton, Esq. as counsel of record for the Debtor.

3.      Kenneth Edward Walton, Esq. and Dsouza & Walton Law Group are relieved from all further obligations in this case.

4.      Parties should serve all future correspondence or pleadings on Johnson Angel D'Souza, Esq. at this address: 5214 SW 91st Ave, Suite # 4, Cooper City, Florida, 33328 and at this email address: johnsondsouzalaw@gmail.com.

###

Submitted By:

**JOHNSON ANGEL D'SOUZA**
Florida Bar No. 1049214
5214 SW 91st Ave, Suite # 4,
Cooper City, Florida 33328
(786) 479-8575 (Telephone)
Email: johnsondsouzalaw@gmail.com

(Attorney D'Souza is directed to serve a copy of this Order on all interested parties immediately upon receipt and file a Certificate of Service with the Court.)