**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

                                            Case No: 23-19095-PDR
                                            Chapter 13

JEANCLAUDE ETIENNE

       Debtor.

_____/

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW Debtor, JEANCLAUDE ETIENNE, by and through his undersigned counsel, and moves for the entry of an Order to Modify Chapter 13 Plan, and for cause states:

1. Debtor filed a proceeding under Chapter 13 of the Bankruptcy Code on November 3, 2023.

2. Thereafter, Debtor made his plan payments as required by Local Rules and the Bankruptcy Code, and the case was confirmed.

3. The Debtor has fallen behind on plan payments and sincerely desires to remain in bankruptcy.

4. No creditors are expected to be prejudiced by the modification of the Plan as they are expected to be paid in full through the plan.

5. A copy of the Motion and the proposed Modified Plan has been served on all creditors and parties in interest.

6. Debtor's first plan payment under the Modified Plan will commence on August 3, 2026.

7. Cause therefore exists to allow the Debtor to Modify his Plan.

WHEREFORE, Debtor, JEANCLAUDE ETIENNE, respectfully requests the entry of an

Order Granting his Motion to Modify Chapter 13 Plan, and for whatever further relief this

Honorable Court deems just and proper.

Respectfully submitted on this **1ˢᵗ** day of July, 2026.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## **CERTIFICATE OF SERVICE**

I certify that on July 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused it to be served electronically on the following parties:

- Robin R. Weiner, Chapter 13 Trustee

- All parties registered on CM/ECF

I further certify that on July 1, 2026 I served a copy of the foregoing document by U.S. mail on the parties listed on the attached mailing matrix.

> **JOHNSON A. D'SOUZA, P.A.**
> 5214 SW 91ˢᵗ Ave, Suite # 4
> Cooper City, Florida 33328
> (786) 479-8575 (Telephone)
> Email for State Court Pleadings:
> johnsondsouzalaw@gmail.com
>
> By: **/s/ Johnson Angel D'Souza**
> Johnson Angel D'Souza, Jr., Esq.
> Florida Bar No. 1049213
> Email: johnsondsouzalaw@gmail.com

Label Matrix for local noticing
113C-0
Case 23-19095-CAP
Southern District of Florida
Fort Lauderdale
Wed Jul  1 21:33:58 EDT 2026

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Specialized Loan Servicing LLC
P.O. Box 5703
Clearwater, FL 33758-5703

THE BANK OF NEW YORK MELLON
14841 Dallas Parkway, Suite 350
Dallas, TX 75254-7685

The Bank Of New York Mellon
PO Box 10826
Greenville, SC 29603-0826

The Bank of New York Mellon FKA The Bank of
DIAZ ANSELMO & ASSOCIATES, P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL 33318-0519

Bank of New York Mellon
6200 S Quebec Street
Suite 300
Greenwood Village, CO 80111-4720

Bank of New York Mellon
C/O Specialized Loan Servicing  LLC
POB 636007
Littleton, CO 80163-6007

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

(p)EASYPAY FINANCE
PO BOX 2549
CARLSBAD CA 92018-2549

Geico General Insurance company
7900 Glades Road
Suite 405
Boca Raton, FL 33434-4104

IRS
POB 7346
Philadelphia, PA 19101-7346

Julie E. Yates, Esq.
7900 Glades Road, Suite 405
Boca Raton, FL 33434-4104

Kass Shuler, P.A.
1505 North Florida Avenue
Tampa, FL 33602-2654

Law Office of Yates & Schiller, PA
7900 Glades Road
Suite 405
Boca Raton, FL 33434-4104

NAPA, Inc.
POB 20306
Columbus, OH 43220-0306

NPAS, Inc.
POB 99400
Louisville, KY 40269-0400

NewRez LLC d/b/a Shellpoint Mortgage
Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826

Northwest Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Oakland Hills
C/O Stuart Roberts R.A.
815 SW 49 Way
Margate, FL 33068-3140

Oakland Hills Social Center, Inc.
800 SW 51 Avenue
Margate, FL 33068-3354

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Santander
POB 660633
Dallas, TX 75266-0633

Santander
POB 961245
Fort Worth, TX 76161-0244

Santander Consumer USA Inc
P.O. Box 560284
Dallas, TX 75356-0284

Specialized Loan Servicing  LLC
POB 636005
Littleton, CO 80163-6005

Stewart Legal Group, PL
POB 5703
Clearwater, FL 33758-5703

The Bank of New York Mellon Trustee (See 410
c/o Specialized Loan Servicing LLC
6200 S. Quebec St., Suite 300
Greenwood Village, Colorado 80111-4720

Jeanclaude Etienne
4971 SW 8 Street
Margate, FL 33068-3117

Kenneth E Walton  II
950 South Pine Island Road
Suite A-150
Plantation, FL 33324-3918

Matis H Abarbanel
3201 Griffin Road
Suite 100
Ft. Lauderdale, FL 33312-6900

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital  Systems, LLC
PO Box 7999
St Cloud, MN 56302

Bmw Financial Services
Attn: Bankruptcy/Correspondence
Po Box 3608
Dublin, OH 43016

(d)Bmw Financial Services
Po Box 3608
Dublin, OH 43016

Duvera dba Easypay Finance
P.O. Box 2549
Carlsbad, CA 92018

(d)Easy Pay/Duvera Collections
3220 Executive Ridge
Vista, CA 92081

(d)Easy Pay/Duvera Collections
Attn: Bankruptcy
Po Box 2549
Carlsbad, CA 92018

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31