UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

JEANCLAUDE ETIENNE,                              Case No. 23-19095-CAP

      Debtor.                                          Chapter 13

_____/

## CERTIFICATE OF SERVICE

I certify that on July 1, 2026, the Notice of Hearing on Debtor's Motion to Modify Plan (Dkt. No.64) was served electronically on the following parties:

- Robin R. Weiner, Chapter 13 Trustee

- All parties registered on CM/ECF

I further certify that on July 1, 2026 I served a copy of the foregoing document by U.S. mail on the parties listed on the attached mailing matrix:

**JOHNSON A. D'SOUZA, P.A.**
5214 SW 91st Ave, Suite # 4
Cooper City, Florida 33328
(786) 479-8575 (Telephone)
Email for State Court Pleadings:
      johnsondsouzalaw@gmail.com

By: **/s/ Johnson Angel D'Souza**
Johnson Angel D'Souza, Jr., Esq.
Florida Bar No. 1049213
Email: johnsondsouzalaw@gmail.com

LF-46 (rev. 06/01/26)

Label Matrix for local noticing
113C-0
Case 23-19095-CAP
Southern District of Florida
Fort Lauderdale
Wed Jul  1 21:33:58 EDT 2026

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Specialized Loan Servicing LLC
P.O. Box 5703
Clearwater, FL 33758-5703

THE BANK OF NEW YORK MELLON
14841 Dallas Parkway, Suite 350
Dallas, TX 75254-7685

The Bank Of New York Mellon
PO Box 10826
Greenville, SC 29603-0826

The Bank of New York Mellon FKA The Bank of
DIAZ ANSELMO & ASSOCIATES, P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL 33318-0519

Bank of New York Mellon
6200 S Quebec Street
Suite 300
Greenwood Village, CO 80111-4720

Bank of New York Mellon
C/O Specialized Loan Servicing  LLC
POB 636007
Littleton, CO 80163-6007

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

(p)EASYPAY FINANCE
PO BOX 2549
CARLSBAD CA 92018-2549

Geico General Insurance company
7900 Glades Road
Suite 405
Boca Raton, FL 33434-4104

IRS
POB 7346
Philadelphia, PA 19101-7346

Julie E. Yates, Esq.
7900 Glades Road, Suite 405
Boca Raton, FL 33434-4104

Kass Shuler, P.A.
1505 North Florida Avenue
Tampa, FL 33602-2654

Law Office of Yates & Schiller, PA
7900 Glades Road
Suite 405
Boca Raton, FL 33434-4104

NAPA, Inc.
POB 20306
Columbus, OH 43220-0306

NPAS, Inc.
POB 99400
Louisville, KY 40269-0400

NewRez LLC d/b/a Shellpoint Mortgage
Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826

Northwest Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Oakland Hills
C/O Stuart Roberts R.A.
815 SW 49 Way
Margate, FL 33068-3140

Oakland Hills Social Center, Inc.
800 SW 51 Avenue
Margate, FL 33068-3354

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Santander
POB 660633
Dallas, TX 75266-0633

Santander
POB 961245
Fort Worth, TX 76161-0244

Santander Consumer USA Inc
P.O. Box 560284
Dallas, TX 75356-0284

Specialized Loan Servicing  LLC
POB 636005
Littleton, CO 80163-6005

Stewart Legal Group, PL
POB 5703
Clearwater, FL 33758-5703

The Bank of New York Mellon Trustee (See 410
c/o Specialized Loan Servicing LLC
6200 S. Quebec St., Suite 300
Greenwood Village, Colorado 80111-4720

Jeanclaude Etienne
4971 SW 8 Street
Margate, FL 33068-3117

Kenneth E Walton  II
950 South Pine Island Road
Suite A-150
Plantation, FL 33324-3918

Matis H Abarbanel
3201 Griffin Road
Suite 100
Ft. Lauderdale, FL 33312-6900

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355-9007


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital  Systems, LLC
PO Box 7999
St Cloud, MN 56302

Bmw Financial Services
Attn: Bankruptcy/Correspondence
Po Box 3608
Dublin, OH 43016

(d)Bmw Financial Services
Po Box 3608
Dublin, OH 43016


Duvera dba Easypay Finance
P.O. Box 2549
Carlsbad, CA 92018

(d)Easy Pay/Duvera Collections
3220 Executive Ridge
Vista, CA 92081

(d)Easy Pay/Duvera Collections
Attn: Bankruptcy
Po Box 2549
Carlsbad, CA 92018


(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31